**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:                                    )          CASE NO. 23-52395
                                          )
CHARESE BRADEN FOREMAN                    )          CHAPTER 7
                    Debtor.               )
                                          )          HONORABLE JUDGE BAISIER


**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

COMES NOW, David C. Whitridge, of the firm of Whitridge Law, LLC and files this Notice of Appearance on behalf of MCCMIT, LLC and hereby requests receipt of all notices and orders entered in this case.

Respectfully submitted this 31st day of April 2023.


                                          /s/ David C. Whitridge
                                          **David C. Whitridge**
                                          Georgia State Bar No. 754793

Whitridge Law, LLC
5207 Shirley Road
Gainesville, Georgia 30506
(770) 712-6787
david@whitridgelaw.com